# U.S. Probation and Pretrial Services
# M E M O R A N D U M

**DATE:** January 29, 2021

**TO:** Thomas DiGirolamo, U.S. Magistrate Judge

**FROM:** Sean Watson
U.S. Probation Officer

FILED 02/04/2021
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
CLERK'S OFFICE
AT GREENBELT
BY __rss__, DEPUTY CLERK

**SUBJECT:** Lindsey Smith, Case 19-MJ-3896

On January 23, 2020, Ms. Smith appeared before Your Honor for sentencing on the charges of Simple Assault and Speeding. She received a 12 month term of Probation. We are writing to advise the Court that the the offense of conviction was assessed as a "qualifying offense" for the submission of DNA. Unfortunately, due the COVID-19 Pandemic, the Probation Office was unable to secure a DNA sample from the Probationer, and her case has now expired. We apologize to the Court for not meeting this statutory requirement, but we were constrained by "social distancing rules". Should Your Honor have any questions or concerns, please feel free to contact me at 301-344-3835.

Approved TB 1/29/2021

*Reviewed*
[signature]
2/3/2021